884 A.2d 1254

IN THE MATTER OF JOHN S. CONROY, IV, AN ATTORNEY AT LAW (ATTORNEY NO. 027791980).

November 4, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–173, concluding that **JOHN S. CONROY, IV,** of **BURLINGTON,** who was admitted to the bar of this State in 1980, should be reprimanded for violating *RPC* 1.15(b) (failure to promptly deliver funds), *RPC* 1.15(d) (failure to comply with *Rule* 1:21–6) and *Rule* 1:21–6 (attorney recordkeeping requirements);

And the Disciplinary Review Board further having concluded that respondent should be required to submit to the Office of Attorney Ethics quarterly reconciliations of his attorney books and records for a period of two years;

And good cause appearing;

It is ORDERED that **JOHN S. CONROY, IV,** is hereby reprimanded;  and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics quarterly reconciliations of the books and records maintained pursuant to *Rule* 1:21–6 for a period of two years, and until the further Order of the Court;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.